515 A.2d 1357

**Elizabeth Ellen LANG, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF PUBLIC WELFARE.**

Supreme Court of Pennsylvania.

Oct. 8, 1986.

Petition for Allowance of Appeal GRANTED, No. 73 W.D. Appeal Docket 1986.